**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| FEDERAL DEPOSIT INSURANCE CORP., <br><br> Plaintiff, <br><br> vs. <br><br> COREY L. JOHNSON, et al., <br><br> Defendants. | Case No. 2:12-cv-00209-KJD-PAL <br><br> **ORDER** <br><br> (Substitution of Counsel - Dkt. #5) |

This matter is before the court on a Substitution of Attorneys (Dkt. #5) filed March 2, 2012. It seeks to substitute Stanley W. Parry in the place and stead of Kerry L. Earley as attorney for Plaintiff Federal Deposit Insurance Company this matter. LR IA 10-6(c) requires that any stipulation to substitute attorneys shall be by leave of court and shall bear the signature of the attorneys and the client represented. It provides that the signature of an attorney to substitute into a case "constitutes an express acceptance of all dates then set for pretrial proceedings, for trial or hearing, by the discovery plan, or in any court order." LR IA 10-6(d) also provides that the substitution of an attorney "shall not alone be reason for delay of pretrial proceedings, discovery, the trial, or any hearing in this case." The Complaint (Dkt. #1) was filed on February 9, 2012.

Accordingly,

**IT IS ORDERED** that Plaintiff's request to substitute Stanley W. Parry in the place and stead of Kerry L. Earley is GRANTED, subject to the provisions of LR IA 10-6(c) and (d).

Dated this 5th day of March, 2012.

PEGGY A. LEEN
UNITED STATES MAGISTRATE JUDGE