JOHN R. MCMILLAN, ESQ.
Nevada Bar No. 0925
jrm@flangasmcmillan.com
GUS W. FLANGAS, ESQ.,
Nevada Bar No. 4989
gwf@flangasmcmillan.com
JESSICA K. PETERSON, ESQ.
Nevada Bar No. 10670
jkp@flangasmcmillan.com
**FLANGAS MCMILLAN LAW GROUP**
3275 South Jones Blvd., Suite 105
Las Vegas, Nevada 89146
Telephone: (702) 307-9500
Facsimile: (702) 382-9452
*Attorneys for Defendant Corey L. Johnson*

# UNITED STATES DISTRICT COURT
## CLARK COUNTY, NEVADA

| | |
|---|---|
| FEDERAL DEPOSIT INSURANCE CORPORATION, AS RECEIVER OF SILVER STATE BANK<br><br>Plaintiff,<br><br>vs.<br><br>COREY L. JOHNSON; DOUGLAS E. FRENCH; GARY A. GARDNER; and TIMOTHY S. KIRBY<br><br>Defendants. | Case No.: 2:12-CV-209-KJD-PAL |

### COMMISSION TO TAKE OUT OF STATE DEPOSITION OF THE PMK(S) FOR THE FEDERAL DEPOSIT INSURANCE CORPORATION OFFICE OF THE INSPECTOR GENERAL OFFICE OF AUDITS

TO:   ANY NOTARY PUBLIC IN THE DISTRICT OF COLUMBIA

YOU ARE HEREBY COMMISSIONED AND FULLY AUTHORIZED to take the deposition of THE PMK FOR THE FEDERAL DEPOSIT INSURANCE CORPORATION OFFICE OF THE INSPECTOR GENERAL OFFICE OF AUDITS REGARDING THE MATERIAL LOSS REVIEW of SILVER STATE BANK in accordance with the Federal Rules of Civil Procedure, at the Law Offices of Thompson, Loss & Judge, LLP Two Lafayette Centre 1133 21st Street, NW Suite 450 Washington, DC 20036, on the 11th day of February, 2013, at the hour of 9:30 a.m., or at such other time and place as may be mutually agreed upon by counsel for the

1 | respective parties hereto.

2 |     You shall put the witness on oath, and his testimony shall be recorded by someone acting
3 | under your direction, stenographically, and thereafter transcribed.  Objections to the evidence
4 | presented shall be noted, and the evidence shall be taken subject to said objections.  When the
5 | testimony is fully transcribed, it shall be signed by the witness, after a full opportunity to make
6 | corrections or changes.  You shall certify on the deposition that the witness was duly sworn by you,
7 | and that the deposition is a deposition, and place it in an envelope endorsed with the title of the
8 | action and marked appropriately, and send it by certified mail to John R. McMillan, Esq.
9 | FLANGAS MCMILLAN LAW GROUP, 3275 S. Jones Blvd., Suite 105, Las Vegas, Nevada
10 | 89146.

11 | **IT IS SO ORDERED**

13 | Dated this  11th  day of January, 2013.

15 | _____
PEGGY A. LEEN, UNITED STATES
MAGISTRATE JUDGE

17 | Submitted by:

18 | FLANGAS MCMILLAN LAW GROUP

19 | _____
JOHN R. MCMILLAN, ESQ.
20 | Nevada Bar No. 0925
jrm@flangasmcmillan.com
21 | GUS W. FLANGAS, ESQ., Nevada Bar No. 4989
gwf@flangasmcmillan.com
22 | JESSICA K. PETERSON, ESQ.
Nevada Bar No. 10670
23 | jkp@flangasmcmillan.com
FLANGAS MCMILLAN LAW GROUP
24 | 3275 South Jones Blvd., Suite 105
Las Vegas, Nevada 89146
25 | Telephone: (702) 307-9500
Facsimile: (702) 382-9452
26 | *Attorneys for Defendant Corey L. Johnson*