# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| FEDERAL DEPOSIT INSURANCE CORPORATION, *et al*., <br><br> Plaintiffs, <br><br> v. <br><br> COREY L. JOHNSON, *et al*., <br><br> Defendants. | Case No. 2:12-CV-00209-KJD-PAL <br><br> **ORDER** |

Before the Court is Plaintiff Federal Deposit Insurance Corporation's ("FDIC-R") Stipulated Motion to Extend Deadlines (#142). Having reviewed the Motion and good cause appearing, the Stipulated Motion to Extend Deadlines (#142) is **HEREBY GRANTED**. Mr. Johnson's initial brief is due November 19, 2013; the FDIC-R's response is due December 3, 2013; Mr. Johnson's reply is due December 10, 2013.

DATED this 2nd day of October 2013.

_____
Kent J. Dawson
United States District Judge