# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| FEDERAL DEPOSIT INSURANCE CORPORATION, AS RECEIVER OF SILVER STATE BANK,<br><br>　　　Plaintiffs,<br><br>v.<br><br>COREY L. JOHNSON, *et al.*,<br><br>　　　Defendants. | Case No. 2:12-CV-00209-KJD-PAL<br><br>**ORDER** |

　　　Before the Court is Defendant Corey L. Johnson *et al.'s* Motion to Extend Time (#146). Despite repeated assurances that the parties were approaching settlement–and repeated resulting stays–Defendants now assert that no settlement is likely to be reached. Accordingly, they petition the Court to extend deadlines yet again by another 30 days in order to coordinate and prepare dispositive motions etc. Defendants assert that FDIC-R ("Plaintiff") is amenable to a two-week extension but no more. While the Court is loathe to delay this matter any further, this is a complex matter, and the Court recognizes that responsible attorneys will seek to avoid further costs when settlement appears likely. The Court also recognizes that the quality of representation the Court expects requires the investment of substantial time and effort. Accordingly, good cause appearing, the Court **HEREBY GRANTS** Defendants' Motion to Extend Time (#146). The new dispositive motion deadline is

1  March 3, 2014, with responses due March 17, 2014 and replies due March 24, 2014. Further, given
2  the substantial intervening period and the resetting of the dispositive motion deadline, the Court
3  **HEREBY DENIES** Johnson's Motion to Dismiss (#130) without prejudice. As a result, no
4  additional briefing is required. Should a substantially similar motion be filed, the parties will pay
5  particular attention to the questions posed by the Court in #139.
6      DATED this 10th day of January 2014.

                                                        _____
                                                        Kent J. Dawson
                                                        United States District Judge