UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEVADA

| | |
|---|---|
| FEDERAL DEPOSIT INSURANCE CORPORATION, AS RECEIVER OF SILVER STATE BANK<br><br>Plaintiffs,<br><br>vs.<br><br>COREY L. JOHNSON; DOUGLAS E. FRENCH; GARY A. GARDNER; and TIMOTHY S. KIRBY<br><br>Defendants, | Case No.: 2:12-CV-209<br><br><br><br>**ORDER OF DISMISSAL** |

## ORDER OF DISMISSAL

On this day came on to be heard the Unopposed Motion to Dismiss Timothy S. Kirby filed by the Federal Deposit Insurance Corporation, as Receiver for Silver State Bank ("FDIC-R"). The Court finds the Motion to Dismiss is well taken and it is GRANTED.

IT IS HEREBY ORDERED that the claims and causes of action asserted by the FDIC-R against Defendant Timothy S. Kirby herein are hereby dismissed with prejudice with each party bearing its own costs.

IT IS FURTHER ORDERED that this order of dismissal does not impact or affect the claims the FDIC-R has asserted against the other Defendants in this action and this action will continue as to Defendants, Corey L. Johnson, Gary A. Gardner and Douglas E. French.

Dated: March 3, 2014

BY: _____
Kent J. Dawson
Senior United States District Court Judge