1

2

3

4                           UNITED STATES DISTRICT COURT

5                                 DISTRICT OF NEVADA

6                                        * * *

7    FEDERAL DEPOSIT INSURANCE                    Case No. 2:12-CV-209-KJD-PAL
     CORPORATION, AS RECEIVER OF SILVER
8    STATE BANK,

9                                   Plaintiff,

10        v.                                                    ORDER

11   COREY L. JOHNSON, *et al.*,

12                                 Defendants.

13

14

15        This Court's prior order, #215, provided the parties with an opportunity for further

16   settlement negotiations. Accordingly, the Court **HEREBY ORDERS** the parties to file a joint

17   status report on the state of negotiations, and the likelihood and approximate timing of an

18   eventual settlement. This report shall be filed on or before October 10, 2014.

19

20   DATED this 17th day of September 2014.

21

22

23   _____

24   Kent J. Dawson
     United States District Judge

25

26