UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| FEDERAL DEPOSIT INSURANCE CORPORATION, AS RECEIVER OF SILVER STATE BANK,<br><br>                              Plaintiff,<br>v.<br>COREY L. JOHNSON, et al.,<br><br>                              Defendants. | Case No. 2:12-cv-00209-KJD-PAL<br><br>ORDER<br><br>(Jt. Mot Postpone SC – Dkt. #230) |

Before the court is the parties' Joint Motion to Postpone Settlement Conference and Briefing (Dkt. #230). The parties advised that they have reached a conditional settlement as a result of mediation and request that the settlement conference scheduled for December 9, 2014, and the deadline to submit settlement conference briefs be postponed for no less than thirty days. For good cause, the court will vacate the settlement conference and dealine to submit confidential statements. Accordingly,

**IT IS ORDERED** that:

1. The Joint Motion to Postpone Settlement Conference and Briefing (Dkt. #230) is **GRANTED.** The Settlement Conference scheduled for December 9, 2014, is **VACATED** as well as the December 2, 2014, deadline for submitting confidential settlement statements.

2. The parties shall have until **December 19, 2014**, to file a joint status report advising the court whether a settlement has been reached and if so when the stipulation to dismiss will be filed. If the parties have not settled the court will reset the mandatory settlement conference on the court's next available date

DATED this 25th day of November, 2014.

_____
PEGGY A. LEEN
UNITED STATES MAGISTRATE JUDGE