UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

* * *

| | |
|---|---|
| FEDERAL DEPOSIT INSURANCE CORPORATION,<br><br>Plaintiff,<br><br>v.<br><br>COREY L. JOHNSON, et al.,<br><br>Defendants. | Case No. 2:12-cv-00209-KJD-PAL<br><br>ORDER |

Before the court is the parties' Joint Status Report Regarding Settlement (Dkt. #232). The parties advise that following a mediation, a conditional settlement of this case and the related case filed by Progressive in Case No. 2:12-cv-0665-KJD-PAL, was recently approved by all the parties. A settlement agreement has been circulated among the parties for review and comment. Counsel expect that settlement documents will be finalized and a stipulation of dismissal filed within approximately forty-five days. Accordingly,

**IT IS ORDERED** that the parties shall have until **February 5, 2015**, in which to file the stipulation for dismissal with prejudice, or a joint status report indicating when the stipulation will be filed.

DATED this 22nd day of December, 2014.

_____
PEGGY A. LEEN
UNITED STATES MAGISTRATE JUDGE