UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| FEDERAL DEPOSIT INSURANCE CORPORATION,<br><br>         Plaintiff,<br><br>  v.<br><br>COREY L. JOHNSON, *et al.*,<br><br>         Defendants. | Case No. 2:12-CV-209-KJD-PAL<br><br>ORDER |

The parties have represented to the Court that settlement is imminent (#236). Accordingly, the Court **HEREBY DENIES** the sole pending motion (#151) without prejudice as moot.

DATED this 11th day of March 2015.

_____
Kent J. Dawson
United States District Judge