## UNITED STATES DISTRICT COURT
### DISTRICT OF NEVADA

FEDERAL DEPOSIT INSURANCE
CORPORATION AS RECEIVER FOR
SILVER STATE BANK,

       Plaintiff,

    v.

COREY L. JOHNSON; DOUGLAS E.
FRENCH; and GARY A. GARDNER,

       Defendants.

Case No. 2:12-cv-00209-KJD-PAL

**JOINT STIPULATION DISMISSING
ACTION WITH PREJUDICE PURSUANT
TO FED. R. CIV. P. 4l(a)(l)**

Pursuant to Rule 41(a)(1) of the Federal Rules of Civil Procedure, Plaintiff Federal Deposit Insurance Corporation as Receiver for Silver State Bank ("FDIC-R") and Defendants Corey L. Johnson, Douglas E. French, and Gary A. Gardner ("Defendants") respectfully inform that the matter has settled and the Settlement Agreement has been consummated by the FDIC-R, the Defendants, and Progressive Casualty Insurance Company.

Fed. R. Civ. Pr. 41(a)(1)(A) provides that an action may be dismissed by the plaintiff without order of the court by filing: (i) a notice of dismissal before the opposing party serves either an answer or a motion for summary judgment; or (ii) a stipulation of dismissal signed by all parties who have appeared.  Here, all parties to this litigation who have appeared have signed and consented to the dismissal with prejudice of this action.[1]

The FDIC-R has received the Settlement Payment pursuant to the terms of the Settlement Agreement.  Therefore, Plaintiff files this notice of voluntary dismissal with prejudice of the

---

[1] A fourth individual, Timothy S. Kirby, was originally named as a defendant in this matter.  Mr. Kirby is deceased and was terminated as a party effective March 3, 2014.

{1188/00/01016221.DOC / 1}

above styled case against Defendants.  Plaintiff and Defendants have agreed that each party is to

bear its own fees and costs.

**So Stipulated.**

Date: March 16, 2015.

| | |
|---|---|
| MULLIN HOARD & BROWN, LLP | FOX ROTHSCHILD  LLP |
| | |
| By: /s/ Anthony W. Kirkwood | By: /s/ Patrick J. Egan |
| Anthony W. Kirkwood *(pro hac vice)* | Patrick J. Egan *(pro hac vice)* |
| David Mullin *(pro hac vice)* | Eric E. Reed *(pro hac vice)* |
| John G. Turner, III *(pro hac vice)* | 2000 Market Street, 20th Floor |
| 500 South Taylor | Philadelphia, PA 19103 |
| Amarillo, TX 79101 | (p) 215-299-2000 |
| (p) 806-372-5050 | (f) 215-299-2150 |
| (f) 806-372-5086 | |
| | Brett A. Axelrod |
| BALLARD SPAHR LLP | 3800 Howard Hughes Parkway, Suite 500 |
| Stanley W. Parry | Las Vegas, NV 89169 |
| 100 N. City Parkway, Suite 1750 | (p) 702-262-6899 |
| Las Vegas, NV 89106 | (f) 702-597-5503 |
| (p) 702-471-7000 | |
| (f) 702-471-7070 | Counsel for Defendant Douglass E. French |
| | |
| Counsel for Plaintiff Federal Deposit Insurance Corporation as Receiver for Silver State Bank | |
| | |
| FLANGAS MCMILLAN LAW GROUP | EMMEL & KLEGERMAN  PC |
| | |
| By: /s/ John R. McMillan | By: /s/ Allen D. Emmel |
| John R. McMillan | Allen D. Emmel |
| Gus W. Flangas | 5586 S. Fort Apache, Suite 230 |
| Jessica K. Peterson | Las Vegas, NV 89148 |
| 3275 S. Jones Blvd., Suite 105 | (p) 702-473-9842 |
| Las Vegas, NV 89146 | (f) 702-722-6185 |
| (p) 702-307-9500 | |
| (f) 702-382-9452 | Counsel for Defendant  Gary A. Gardner |
| | |
| Counsel for Defendant Corey L. Johnson | |

- 3

## ORDER

IT IS SO **ORDERED.**

UNITED STATES DISTRICT JUDGE

DATED:  3/25/2015